THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD C. SALLIS, a single person, | |
| Plaintiff, | No. C08-5557 RJB |
| v. | **STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE** |
| ST. CLARE HOSPITAL, A DIVISION OF FRANCISCAN HEALTH SYSTEM, a Washington corporation; JILL KARON; TIM HAZEKAMP; and NANCY CHESTER, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Donald C. Sallis ("Plaintiff") and Defendants St. Clare Hospital, Jill Karon, Tim Hazekamp, and Nancy Chester (collectively "Defendants") hereby stipulate through their respective counsel of record to dismissal of the

///
///
///
///

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE (C08-5557 RJB) - 1

pending litigation with prejudice and without an award of attorneys' fees or costs to any party.

| STOEL RIVES LLP | LAW OFFICE OF THADDEUS P. MARTIN |
|---|---|
| /s/ Keelin A. Curran | /s/ Thaddeus P. Martin |
| Keelin A. Curran, WSBA No. 16258<br>Elena C. Burt, WSBA No. 38836<br>Attorneys for Defendants | Thaddeus P. Martin, WSBA No. 28175<br>Attorneys for Plaintiff |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(ii), the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party is to bear its own attorneys' fees and costs.

DATED this 8th day of December, 2008.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE (C08-5557 RJB) - 2

Seattle-3478040.1 0074117-00016

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900